PROB 12
(Rev. 2/94)



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Criminal Action No. CR05-11 KAJ ) |
| Luis Renaldo Santiago, | ) ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW Frank Kurzeknabe PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Luis Renaldo Santiago who was placed on supervision by the Honorable J. Curtis Joyner, sitting in the court at Philadelphia, on the 24th day of February, 1999 who fixed the period of supervision at 78 months, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant shall participate in a drug aftercare treatment program per the direction of the probation department.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Above probation officer has reason to believe that Luis Renaldo Santiago has violated the terms and conditions of his supervised release under such circumstances that may warrant revocation of his supervised release. These conditions are:

Mandatory Condition :    "While on supervised release, you shall not commit another Federal, state, or local crime. The defendant shall not illegally possess a controlled substance".

Standard Condition No. 7: "The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substance, except as prescribed by a physician."

Evidence: The defendant was arrested by Wilmington Police on August 21, 2005 and charged with Maintaining a Dwelling for Keeping Controlled Substances and Possession with Intent to Deliver a Narcotic Schedule I Controlled Substance. These offenses allegedly occurred on August 20, 2005. On January 9, 2006, the defendant entered a guilty plea pursuant to a plea agreement to the lesser charge of Possession of Narcotic Schedule I Controlled Substance (heroin) (Misdemeanor). On January 9, 2006, the defendant was sentenced in the Superior Court for New Castle County to a one year term of probation. The remaining charges were nolle prossed. The defendant was represented by legal counsel. The offense conduct, arrest, conviction and sentencing all occurred during the defendant's present probation term imposed by the Court on February 24, 1999.

PRAYING THAT THE COURT WILL ORDER ... that a summons be issued for Luis Renaldo Santiago and that a Revocation Hearing be scheduled upon his Initial Appearance to determine if he is in violation of the conditions of his probation.

ORDER OF COURT

Considered and ordered this 21st day of Feb., 2006.

_____
United States District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

2/14/06

Wilmington, Delaware
Date: February 14, 2006