AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

UNITED STATES OF AMERICA
V.

LUIS RENALDO SANTIAGO

SUMMONS IN A CRIMINAL CASE

Case Number:    CR 05-11 KAJ

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | #100 U.S. Marshal's Office - Deft. |
| | **To Report By:** |
| | Date and Time |
| Before:    THE HONORABLE MARY PAT THYNGE, U.S. MAGISTRATE | March 9, 2006 at 12:30 p.m. |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    X Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

January 9, 2006 - Defendant entered a guilty plea in Superior Court for New Castle County to Possession of a Narcotic Schedule I Controlled Substance (Heroin),(Misdemeanor).

FILED
MAR - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFIED:
AS A TRUE COPY:
     ATTEST:
PETER T. DALLEO, CLERK

BY _____
            Deputy Clerk

*Robert Cruickshank, Deputy Clerk*
Signature of Issuing Officer

Date 2/22/06

Peter T. Dalleo, Clerk
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me          Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Via Air Mail_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _2-28-06_    _DW Thomas_
    Date          Name of United States Marshal

                                   _[signature]_
                                   (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 2-23-06 |
| 1. Article Addressed to:<br><br>Luis Renaldo Santiago<br><br>Wilmington, DE 19802 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[postmark: WILMINGTON DE 3 2 3 2006 USPS 19809]<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

7004 1160 0006 7939 7701

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7004 1160 0006 7939 7701

PS Form 3800, June 2002    See Reverse for Instructions