IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-11-KAJ |
| ) | |
| LUIS RENALDO SANTIAGO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

At Wilmington this 16th day of March, 2006,

IT IS HEREBY ORDERED that:

1. The sentencing of defendant, Luis Renaldo Santiago, on the petition for revocation of supervised release is scheduled for **July 17, 2006 at 12:30 p.m.** in courtroom No. 6A, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Any objections to the presentence report and any factors under 18 U.S.C. § 3553(a) that counsel plans to raise at sentencing must be communicated in writing to the Probation Office and opposing counsel no later than 14 days from receipt of the presentence report. Such objections and § 3553(a) factors should **not** be filed with the court.[1]

---

[1] All filings and correspondence presented to the court will be docketed and available electronically, unless filed under seal. The court will not review correspondence and filings for redaction. Therefore, it is the sole responsibility of counsel and the parties to be certain that all documents comply with the rules of this court and the Judicial Conference requiring redaction of personal data identifiers and sensitive information.

3.  Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.

IT IS FURTHER ORDERED that the defendant Luis Renaldo Santiago is to report to the Office of the United States Marshal, 844 King Street, Room 100, Wilmington, Delaware, at **12:00 p.m.** on July 17, 2006.

_____
UNITED STATES DISTRICT JUDGE