IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-11-KAJ |
| | ) | |
| LUIS RENALDO SANTIAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

**PLEASE** enter the appearance of Christopher J. Burke, Assistant United States Attorney for the District of Delaware, as attorney of record in the above-captioned case.

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                  United States Attorney

BY: _____/s/_____
      Christopher J. Burke
      Assistant United States Attorney
      Nemours Building, Suite 700
      1007 Orange Street
      P.O. Box 2046
      Wilmington, DE 19899-2046
      302-573-6277, x142

Dated: July 17, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-11-KAJ |
| | ) | |
| LUIS RENALDO SANTIAGO, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 17th day of July 2006, I caused to be electronically filed a **Notice of Entry of Appearance** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was delivered via U.S. mail to counsel of record as follows:

Penny Marshall
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

                                      /s/
                          Christopher J. Burke
                          Assistant United States Attorney