PROB 12
(Rev. 2/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )  Criminal Action No.  CR05-11 KAJ<br>) |
| Luis Renaldo Santiago, | )<br>) |
| Defendant. | ) |

Petition on Probation and Supervised Release

    COMES NOW Frank Kurzeknabe PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Luis Renaldo Santiago who was placed on supervision by the Honorable J. Curtis Joyner. sitting in the court at Philadelphia, on the 24th day of February, 1999 who fixed the period of supervision at 78 months, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1)     The defendant shall participate in a drug aftercare treatment program per the direction of the probation department.

Further, on July 17, 2006, the Court imposed the following Special Condition:

1)     The defendant s hall remain in the Hogar Crea inpatient drug treatment program until he has completed the program and is discharged from that program by the probation officer.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Special Condition: The defendant shall remain in the Hogar Crea inpatient drug treatment program until he has completed the program and is discharged from that program by the probation officer.

Evidence: On October 10, 2006, the defendant left the Hogar Crea inpatient program without authorization and without completing the treatment program. Further, the defendant was not discharged from the program by the probation officer.

PRAYING THAT THE COURT WILL ORDER ... that a warrant be issued for Luis Renaldo Santiago so that he can be brought before the Court to determine if he is in violation of the conditions of his supervised release.

ORDER OF COURT

Considered and ordered this ____ day of
Nov. , 2006.

_____
United States District Judge

Under the penalty of perjury I declare that the foregoing is true and correct:

Frank Kurzeknabe
U.S. Probation Officer

_____
Wilmington, Delaware
Date: November 8, 2006