AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

**LUIS RENALDO SANTIAGO**

**WARRANT FOR ARREST**

Case Number:  CR 05-11 KAJ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **LUIS RENALDO SANTIAGO** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation  x Probation Violation Petition

charging him or her    (brief description of offense)
VIOLATION OF SUPERVISED RELEASE CONDITIONS:
Re: USC Sections:

21:846 ; 21:841(a)(1); 21:860 ; (COUNTS 1-7)

FILED
DEC 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of  _____ Title 21 _____ United States Code, Section(s) _____ 21:846 ; 21:841(a)(1); 21:860 _____

Peter T. Dalleo
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

11/9/06 at Wilmington, Delaware
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |
| U.S. Probation 824 N. Market St |

| DATE RECEIVED 11/9/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/5/06 | William David Dunn | William Dunn |